

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 5, 2022

**VIA ECF**
Honorable Matthew J. Skahill, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchel H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: ***Bristol-Myers Squibb Company v. Xspray Pharma AB***
      **Case No. 1:22-cv-0964 & 1:22-cv-4328 (RMB/MJS)**

Dear Judge Skahill:

  This firm, together with Kirkland & Ellis, LLP, represents Plaintiff Bristol-Myers Squibb Company ("BMS") in the above-referenced matter. On behalf of BMS and Defendant, Xspray Pharma AB, enclosed please find the proposed form of Order consolidating these cases and setting an amended schedule of which the parties have agreed upon. Should the proposed consolidation Order and amended schedule be acceptable to Your Honor, we respectfully request it be executed and entered on the docket.

  As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions regarding the within.

           Respectfully submitted,

           *s/Liza M. Walsh*

           Liza M. Walsh

cc: All Counsel of Record (via ECF and email)