[Docket No. 39]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> XSPRAY PHARMA AB, <br><br> Defendant and Counter-Claimant. | Civil No. 22-964 (RMB/MJS) <br><br> **ORDER** |

**BUMB, Chief District Judge**

This matter comes before the Court upon the Motion for Judgment on the Pleadings by Defendant and Counter-Claimant Xspray Pharma AB against Plaintiff and Counter-Defendants Bristol Myers Squibb Company. [Docket No. 39.] For the reasons set forth in the accompanying Opinion of today's date,

**IT IS** this **25th** day of **April 2023**, hereby

**ORDERED** that the Motion for Judgment on the Pleadings [Docket No. 39] is **DENIED WITH PREJUDICE**.

s/Renée Marie Bumb
Renée Marie Bumb
Chief District Judge