**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>XSPRAY PHARMA AB, )<br>)<br>)<br>Defendant. ) | Civil Action No. 1:22-cv-00964-RMB-MJS<br><br>(CONSOLIDATED) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Bristol-Myers Squibb Company has asserted certain claims with respect to United States Patent Nos. 7,491,725, 8,680,103, and 8,242,270 against Defendant Xspray Pharma AB;

WHEREAS the parties have resolved all outstanding issues between them relating to this action:

IT IS this __19th__ day of __September,__ 2023

ORDERED, ADJUDGED AND DECREED as follows:

1.      All claims, counterclaims, and defenses asserted by any of the undersigned parties against any other undersigned party in the above matter are dismissed without prejudice.

2.      Each party shall bear its own costs and attorneys' fees.

3.      This Court retains jurisdiction to enforce this Stipulation and Order of Dismissal, and any other agreements between the parties related to this Stipulation and Order of Dismissal.

We consent to the form and entry of the foregoing Stipulation and Order of Dismissal.

_s/ Liza M. Walsh_                                    _s/ Gregory D. Miller_

| | |
|---|---|
| Liza M. Walsh | Gregory D. Miller |
| Christine I. Gannon | Gene Y. Kang |
| Patrick S. Salamea | RIVKIN RADLER LLP |
| WALSH PIZZI O'REILLY FALANGA LLP | 25 Main Street, Suite 501 |
| Three Gateway Center | Court Plaza North |
| 100 Mulberry Street, 15th Floor | Hackensack, NJ 07601 |
| Newark, NJ 07102 | Telephone: (201) 287-2460 |
| (973) 757-1100 | |
| | Shannon M. Bloodworth |
| Jeanna M. Wacker | Maria A. Stubbings |
| Christopher Jagoe | Jonathan I. Tietz |
| Sam Kwon | PERKINS COIE LLP |
| Christopher Ilardi | 700 13th Street, NW, Suite 800 |
| KIRKLAND & ELLIS | Washington, D.C. 20005-3960 |
| 601 Lexington Avenue | Telephone: (202) 654-6200 |
| New York, NY 10022 | |
| Tel: (212) 446-4800 | Autumn N. Nero |
| | PERKINS COIE LLP |
| _Attorneys for Plaintiff_ | 33 East Main Street, Suite 201 |
| _Bristol-Myers Squibb Company_ | Madison, WI 53703-3095 |
| | Telephone: (608) 663-7460 |
| Dated: September 12, 2023 | |
| | Courtney M. Prochnow |
| | PERKINS COIE LLP |
| | 1888 Century Park East, Suite 1700 |
| | Los Angeles, CA 90067-1721 |
| | Telephone: (310) 788-9900 |
| | |
| | _Attorneys for Defendant Xspray Pharma_ |
| | _AB_ |
| | |
| | Dated: September 12, 2023 |

Dated: 9/19, 2023

SO ORDERED.

RENEE MARIE BUMB,
United States District Chief Judge